# DECISIONS IN CASES NOT REPORTED.

## FIFTH DEPARTMENT, JANUARY TERM, 1888.

George C. Richardson and others, Appellants, v. Hiram Exstein and others, Respondents. — Judgment and order affirmed, with costs. Barker, J., not voting.

Emma D. Sherry, Respondent, v. Henry Fredericks, Appellant. — Judgment reversed and new trial ordered, costs to abide event. Opinion by Barker, J.

Walter H. C. Ensign, Respondent, v. Daniel P. Ensign, Appellant. — Judgment modified as indicated in the opinion, and as so modified affirmed, without costs of this appeal to either party. Opinion by Haight, J.; Barker, J., dissenting.

Margaret Cornwall, Respondent, v. John Cornwall, Appellant. — Order denying new trial affirmed, with costs; order granting alimony and counsel fee modified by reducing the balance of counsel fee and disbursements to $133, and as so modified affirmed, without costs. And it having been suggested that the defendant died on the eighth day of January, instant, entry of judgment herein is directed to be made as of January 7, 1888.

William W. Killip, as Overseer of the Poor, etc., Respondent, v. Charles D. McKay, Appellant. — Judgment affirmed. Opinion by Barker, J.

Willoughby Derr, Appellant, v. Alonzo D. Cooley and Mable Cooley, Respondents. — Judgment affirmed, with costs.

Charles A. Phillips and another, Appellants, v. Benjamin C. M. Tucker and others, Respondents. — Judgment affirmed, with costs to the assignee only. Opinion by Bradley, J.

Dowagiac Manufacturing Company, Respondent, v. Reuben A. Rose, Appellant. — Judgment and order affirmed.

Samuel K. Green, Respondent, v. William A. Parsons, Appellant. — Judgment affirmed, with costs, with leave to amend answer within twenty days on payment of the costs of the demurrer and of this appeal. Opinion by Bradley, J.

The Yates County National Bank of Penn Yan, Appellant, v. Mason L. Baldwin, Respondent, Impleaded, etc. — Judgment affirmed, with costs, on the opinion in the same case (43 Hun, 136).

Susie M. Cady, as Administratrix, etc., Respondent, v. The Merchants' Bank of Rochester, Appellant, Impleaded, etc. — Judgment affirmed, with costs. Opinion by Barker, J.

Daniel W. Faure, Respondent, v. The Acme Oil Company, Appellant. — Judgment affirmed.

Wilber Buttery, Appellant, v. The Rome, Watertown and Ogdensburg Railroad Company, Respondent. — Order affirmed. Opinion by Bradley, J.

George H. Clark, Administrator, etc., Respondent, v. John W. Hanna, Appellant. — Judgment and order affirmed.

Patrick Culligan, Respondent, v. J. Emory Jones, Appellant. — Judgment and order reversed and new trial granted, costs to abide event. Opinion by Bradley, J.

In the Matter of the Judicial Settlement of the Accounts of Francis Southerland, as Trustee, etc., of John McConvill, Deceased. — Decree affirmed, without costs of this appeal to either party. Opinion by Bradley, J.

Ann Manktelow, Appellant, v. Hannah Lilly and another, Respondents. — Order affirmed, with ten dollars costs and disbursements.

Bernard F. Martin, Appellant, v. John Faragher, Respondent. — Judgment of the County Court reversed and that of the justice affirmed. Opinion by Haight, J.

George G. Patterson, Plaintiff, v. George E. Bolton, Defendant. — Motion for new trial denied and judgment ordered for the plaintiff on the verdict. Opinion by Barker, J.

Angie T. Mills, as Administratrix, etc., v. Hiram P. Mills. — Order affirmed, without costs. Dwight, J., not voting.

Thomas F. Stark, Appellant, v. Asa T. Soule, Respondent. — Orders appealed from affirmed, with ten dollars costs in one appeal and the disbursements in both. *Held,* that there does not appear to be an abuse of the discretion vested in the Special Term, and that this view renders it unnecessary to determine the question whether the order is appealable. The motions to dismiss appeals are, therefore, denied, without costs. Dwight, J., not sitting.

Matilda Mullen v. Erwin H. Lamphear. — Motion to dismiss appeal denied, with ten dollars costs. Opinion by Barker, J.

Chester A. Burdick v. Sylvanus D. Freeman. — Motion for reargument denied.

White's Bank of Buffalo and others v. Matilda Farthing. — Motion for reargument denied.

Nellie P. Wilcox v. Frederick T. Wilcox. — Motion for reargument denied.

Edward J. Kelsey v. Pfaudler Process Fermentation Company. — Motion to amend memorandum of decision by adding thereto that the judgment was reversed on the fact as well as the law. Granted, with leave to the plaintiff to discontinue his appeal to the Court of Appeals, in case he so elects within thirty days; and if he so elect, then his costs of such appeal to be paid by the defendant.

In the Matter of the Probate of the Will of Thomas Keegan. — Motion to dismiss appeal denied, without costs to either party.

Marian D. Paul v. Oran J. Paul. — Motion for reargument, or for order amending decision of General Term, so as to permit further evidence, denied, and order so modified as to direct the additional finding of the referee to be put upon the evidence already taken. Haight, J., not sitting; Barker, J., not voting.

John Thomas, as Treasurer, etc., v. Harriet D. Harmon. — Motion for reargument denied, and motion for leave to appeal to the Court of Appeals granted.

Isaac Hampton v. Clark J. Boylan. — Motion for reargument or for leave to appeal to the Court of Appeals denied.

Isaac Hampton v. Martin Hamsher. — Motion for reargument denied, and motion for leave to appeal to the Court of Appeals granted.

Ernst L. Moeschler v. Henry Lochte and others. — Memorandum of decision amended so as to allow respondent Whiting only, and motion in other respects denied, without prejudice to a like motion at Special Term.

Charles W. Snyder, as Overseer of the Poor of the Town of Manchester, Appellant, v. Henry R. Schlick, Respondent. — Order reversed, without costs.